UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22249-CIV-SEITZ/O'SULLIVAN

TRACFONE WIRELESS, INC., a
Florida corporation,

    Plaintiff,

v.

BITCELL, CORP., a Florida corporation; MARIO A. CRUZ, individually; MELIDA GUERRA, individually, et al.,

    Defendants.
_____/

## ORDER DISMISSING CLAIMS AS TO DEFENDANT MELIDA GUERRA WITHOUT PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal, Without Prejudice, as to Defendant Melida Guerra [DE-60]. Upon due consideration and pursuant to Federal Rule of Civil Procedure 41(a), it is hereby

ORDERED that all claims asserted in this action against Defendant Melida Guerra only are DISMISSED WITHOUT PREJUDICE.

DONE and ORDERED in Miami, Florida, this 23rd day of May, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record