UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22249-CIV-SEITZ/O'SULLIVAN

TRACFONE WIRELESS, INC., a
Florida corporation,

    Plaintiff,
v.

BITCELL, CORP., a Florida corporation; MARIO
A. CRUZ, individually; MELIDA GUERRA,
individually, et al.,

    Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER CLOSING CASE

THIS MATTER is before the Court *sua sponte*. On May 23, 2008, the Court entered a Consent Final Judgment and Permanent Injunction against Defendant Bitcell, Corp. and Defendant Mario A. Cruz [DE-63]. The Consent Final Judgment fully disposes of all Defendants in this case. Accordingly, it is hereby

ORDERED that this case is CLOSED.

DONE and ORDERED in Miami, Florida, this 23rd day of May, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge John J. O'Sullivan
       All Counsel of Record